**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                                          :

                                                               :      Chapter 11

ANNE FONTAINE USA, INC.,                                       :

                                                               :      Case No. 24-10058 (LGB)

                              Debtor.                          :

---------------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1.      I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2.      On the 26th day of March 2024, I served copies of:

- Second Notice of Debtor's Intent to Reject a Certain Unexpired Lease for Nonresidential Real Property and to Abandon Property Remaining Therein [Docket No. 80]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: March 27, 2024

*/s/Lily Nevins-Perle*
Lily Nevins-Perle

**Schedule A**

| | |
|---|---|
| 110 Greene Fee Owner LP<br>c/o SL Green Realty Corp.<br>One Vanderbilt Avenue<br>New York, NY 10017 | Anne Fontaine Asia<br>Shanghai Plaza 66 Store<br>Shop 426B, 1266 Nanjing West Road<br>Shanghai, China 200040 |
| 914 Heating & Cooling, Inc<br>24 Rue Boissy D'anglas<br>75001 Paris<br>France | Anne Fontaine Europe<br>Pôle de Développement<br>Avenue du Canada<br>14600 – Honfleur<br>France |
| ADP TotalSource, Inc.<br>10200 Sunset 72nd Street<br>Miami, FL 33173 | Anne Fontaine Foundation<br>110 Greene Street, Suite 305<br>New York, NY 10012 |
| Advanced Lighting & Sound Inc<br>45 Martha Avenue<br>Elmwood Park, NJ 07407 | Anne Fontaine S.A.S. Paris<br>Pole de Développement<br>14600 Honfleur<br>France |
| Adyen N.V.<br>Simon Carmiggelstraat 6-50, 1011 DJ<br>Amsterdam, the Netherlands | Anne Fontaine, S.A.S.<br>Pole du Developpement<br>14600 Honfleur France |
| Adyen, N.V.<br>274 Brannan Street, Suite 600<br>San Francisco, CA 94107 | Ari John Zlotkin<br>23 West 12th Street, Apartment 1<br>New York, NY 10011 |
| Ameream LLC<br>6991 W. Broward Boulevard, Suite 100<br>Fort Lauderdale, FL 33317 | Avalara, INC.<br>P.O. Box 9001013<br>Louisville, KY 40290 |
| American Express<br>Accettazione G,C<br>50019 Firenze<br>Italy | Aventura Mall Expansion Venture<br>1401 E. Oakland Avenue<br>Hemet, CA 92544 |
| American Express<br>American Express Tower,<br>World Financial Center<br>200 Vesey Street, 22nd Floor<br>New York, NY 10285 | Aventura Mall Venture<br>1401 E. Oakland Avenue<br>Hemet, CA 92544 |
| Anne Fontaine<br>23 West 12th Street, Apartment 1<br>New York, NY 10011 | Bank of America<br>Attn: Legal Department<br>1111 Avenue of the Americas<br>New York, NY 10036 |

3

Barnes & Thornburg LLP
Andrew J. Detherage
11 South Meridian Street
Indianapolis, IN 46204

Bergen Logistics
5903 Westside Avenue
North Bergen, NJ 07047

Bergen Shippers Corp
P.O. Box 15123
Wilmington, DE 19850

Big Greene LLC
c/o SL Greene Realty Corp.
420 Lexington Avenue
New York, NY 10170

Brink's Incorporated
P.O. Box 382001
Pittsburgh, PA 15250

BUILD IT
12-1580 Trinity Drive
Mississauga, ONL5T IL6
Canada

California Department of Tax & Fee Admin
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 95814

Cecconi Arredi SRL
Via Caliano N°18
52010 Capolona
Italy

Central Hudson Gas & Electric Corp.
7373 Solutions Center
Chicago, IL 60677

Charles Ifergan Coiffures LTD
274 Brannan Street, 600
San Francisco, CA 94107

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850

Chubb & Sons
P.O. Box 1702
New York, NY 10116

CI Properties
1347 N. Alta Vista Boulevard, #11
Los Angeles, CA 90046

CLASQUIN CDG
4976 Immeuble le Maritime parc logistiqu
Pont de Normandie 76700 Rogerville
France

Con Edison
P.O. Box 56002
Boston, MA 02205

Connecticut Dept. of Revenue Services
450 Columbus Boulevard, Suite 1
Hartford, CT 06103

Connecticut Natural Gas Corporation
P.O. Box 847820
Boston, MA 02284

Consolidated Edison Company
of New York, Inc
Bankruptcy / EAG Group
4 Irving Place, 9th Floor
New York, NY 10003

CPG Partners L.P.
P.O. Box 822884
Philadelphia, PA 19182

CPI-PHIPPS LLC
Phipps Plaza
P.O. Box 772842
Chicago, IL 60677

Criteo Corp
135 Crossways Park Drive
P.O. Box 9017
Woodbury, NY 11797

Crown Castle Fiber LLC
6150 SW 173rd Way
Fort Lauderdale, FL 33331

D'AP.O.STROPHE.NET
75 Newbury Street
Boston, MA 02116

Desert Hills Premium Outlets Expansion
c/o Simon Property Group, Mark A. Payne
225 West Washington Street
Indianapolis, IN 46204

Easycomptage/Stackr
ZA des 2B 460 Chemin du Derontet
01360 Beligneux
France

Eurl Kowalski
40 Rue Boissonade 3bis Rue D'alembert
75014 Paris
France

Eversource
867011 Reliable Parkway
Chicago, IL 60686

Fifth Avenue of LI Realty Associates LLC
2110 Northern Boulevard, Suite 201
Manhasset, NY 11030

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

Florida Power & Light Company
11, Rue Charbonnel
75013 Paris
France

Forum Shops LLC
215 Coles Street
Jersey City, NJ 07310

Gardener, Riechmann & Chow
Ron Chow
438 E. Katella Avenue, Suite 202
Orange, CA 92867

Geary-Market Investment Company Co,
LTD
39 Annette Drive
Edison, NJ 08820

Georgia Department of Revenue
P.O. Box 105408
Atlanta, GA 30348

Greenwich Properties LLC
2 Sun Court
Norcross, GA 30092

Hunter Mackey
c/o Social Justice Law Collective
Joshua Clickman and Shawn Heller
974 Howard Avenue
Dunedin, FL 34698

Illinois Department of Employment Security
33 S. State Street, 10th Floor
Chicago, IL 60603

Illinois Department of Revenue
Sales Tax
P.O. Box 19013
Springfield, IL 62794

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL 62794

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

5

International Direct Packaging LTD
Norfolk House, 4 Station Road
St Ives, Cambridgeshire
PE27 5AF United Kingdom

Iron Mountain
106 East Oak Street
Chicago, IL 60611

Jackson Lewis P.C.
17 Court Street, Suite 500
Buffalo, NY 14202

JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

JPMorgan Chase, N.A.
383 Madison Avenue
Floor 22
New York, NY 10179

JRM Construction Management New Jersey
200 Route 32, Suite 212
Central Valley, NY 10917

Kean Miller LLP
David Halpern
909 Poydras Street, Suite 3600
New Orleans, LA 70112

Kipcast Corporation
680 Fifth Avenue, 23rd Floor
New York, NY 10019

Leslie Danzis
20 East 74th Street, 4G
New York, NY 10021

Levine & Partners, P.A.
Allan S. Reiss, Esq.
3350 Mary Street
Miami, FL 33133

Libertas Funding, LLC
411 West Putnam Avenue, Suite 220
Greenwich, CT 06380

Loeb & Loeb LLP
75 State Street, Suite 100
Boston, MA 02109

Loeb & Loeb LLP
William M. Brody
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067

Louisiana Department of Revenue
LaSalle Building
627 N. 3rd Street
Baton Rouge, LA 70802

Louisiana Department of Revenue
Bankruptcy Section
P.O. Box 66658
Baton Rouge, LA 70896

Madison Avenue Venture LLC
c/o Winter Management Corp. James Winter
680 Fifth Avenue, 23rd Floor
New York, NY 10019

Magento 2.XX
345 Park Avenue
San Jose, CA 95110

Manny72 Cleaning Services
Manuel Guiracocha
222 S. Main Street
Akron, OH 44308

Massachusetts Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204

Michigan Department of Treasury
Collection/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909

6

Moby Capital LLC
214 State Street, Suite 1000
Salt Lake City, UT 84111

Myles Madison Inc.
c/o Moss & Tapia Law LLC
315 Madison Avenue, Suite 3052
New York, NY 10017

Myles Madison Inc.
28 Liberty Street
New York, NY 10005

Myles S. Lowell Trust
P.O. Box 1005
Spring Valley, NY 10977

NJ Division of Taxation
3 John Fitch Way
Trenton, NJ 08611

NYC Dept. of Finance
Correspondence Unit
One Centre Street, 22nd Floor
New York, NY 10007

NYS Department of Taxation and Finance
Jeffrey K. Cymbler, Esq.
15 MetroTech Center
Brooklyn, NY 11201

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205

Office of The United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004

OWRF Carmel LLC
17 Rue Henri Regnault
75014 Paris
France

P & A Administrative Services, INC
c/o O'Connor Property Mgmt LLC
240 Royal Palm Way, 2nd Floor
Palm Beach, FL 33480

PayPal
250 Yonge Street, Suite 2201
Toronto M5B 2l7 Ontario
Canada

PayPal
c/o Goosmann Law Firm, Warren Ford
17838 Burke Street, Suite 250
Omaha, NE 68118

PayPal
Attn: Legal Specialists
P.O. Box 45950
Omaha, NE 68145

Premium Outlets / Simon
29 Brook Avenue
Maywood, NJ 07607

RB ATLT LLC c/o Gardener
Riechmann & Chow
Ron Chow, Esq.
438 E. Katella Avenue, Suite 202
Orange, CA 92867

Reichenbaum Properties CT, LLC
c/o Allied Property Management, LLC
116 Mason Street
Greenwich, CT 06830

Reichenbaum Properties, LLC
c/o Allied Property Management LLC
116 Mason Street
Greenwich, CT 06830

Rosenblatt, Radezky, Schiff & Tepp CPA's
450 Seventh Avenue, Suite 1504
New York, NY 10123

7

Roth Bros Inc d/b/a Sodexo Roth
3847 Crum Road
Youngstown, OH 44515

Sawgrass Mills Phase IV, LLC
c/o M.S. Management Associates Inc.
P.O. Box 403539
Atlanta, GA 30384

Sawgrass Mills Phase IV, LLC
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204

Securitas Electronic Security, Inc.
General Mail Facility
Miami, FL 33188

Setai Hotel Acquisition LLC
2001 Collins Avenue
Miami Beach, FL 33139

Social Security Administration
Office of the Regional Chief Counsel
26 Federal Plaza, Room 3904
New York, NY 10278

Somerset Collection Limited Partnership
100 Galleria Officentre, Suite 4274
Southfield, MI 48034

Somerset Collection LTD PTD
P.O. Box 1440
Costa Mesa, CA 92626

South Coast Plaza
c/o SL Green Realty Corp.
P.O. Box 419192
Boston, MA 02241

Southern California Edison
P.O. Box 997300
Sacramento, CA 95899

Staples Business Advantage
c/o The Druker Company, LTD
50 Federal Street, Suite 1000
Boston, MA 02110

Staples/Tom Rigglemen
7 Technology Circle
Columbia, SC 29203

State of Nevada Department of Taxation
700 E. Warm Springs Road, Suite 200
Las Vegas, NV 89119

Sterlingrisk
135 Crossways Park Drive, Suite 300
Woodbury, NY 11797

TDC Heritage LLC
P.O. Box 772846
Chicago, IL 60677

The Colonnade at Sawgrass
68 Jay Street, Suite 501
Brooklyn, NY 11201

The Town Center at Boca Raton
28013 Network Place
Chicago, IL 60673

The Town Center at Boca Raton Trust
28013 Network Place
Chicago, IL 60673

TMG Construction
280 Madison Avenue, Suite 1406
New York, NY 10016

U.S. Securities and Exchange Commission
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281

U.S. Small Business Administration
New York District Office
26 Federal Plaza, Room 3100
New York, NY 10278

8

U.S. Small Business Administration EIDL
2 North Street, Suite 320
Birmingham, AL 35203

U.S. Small Business Administration EIDL
409 3rd Street, SW
Washington, DC 20416

United States Attorney's Office SDNY
Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007

UPS Supply Chain Solutions
13555 Wellington Center Circle, Suite 123
Gainesville, VA 20155

Valley Fair UTC LLC d/b/a VF Mall LLC
Dept LA 24877
Pasadena, CA 91185

Vector Security
16316 Collection Center Drive
Chicago, IL 60693

VF Mall LLC
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

Vici Enterprises, Inc.
d/b/a Vici Brands and BrandMX
555 West 59th Street
New York, NY 10019

Waste Management Inc. of Florida
WM Corporate Services, Inc., Agent
P.O. Box 4648
Carol Stream, IL 60197

Waterside at Pelican Bay LLC
100 Galleria Officentre, Suite 427
Southfield, MI 48034

Waterside Shops, LLC
75 Virginia Road, Suite W6
White Plains, NY 10603

Wilson 150 Worth, LLC
1000 Turnpike Street
Canton, MA 02021

Wilson Canal Place I, LLC
255 5th Avenue
New York, NY 10016

Wilson Canal Place I, LLC
Wilson Canal Place II, LLC
255 5th Avenue
New York, NY 10016

Winter Management Corp
57 Rue Charles Delescluze Depot 35 D
93170 Bagnolet
France

Barclay Damon LLP
Janice B. Grubin and Ilan Markus
1270 Avenue of the Americas, Suite 501
New York, NY 10020

Buchalter, A Professional Corporation
Caroline R. Djang, Esq.
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612

Garfunkel Wild, P.C.
Burton S. Weston, Esq.
111 Great Neck Road, Suite 600
Great Neck, NY 11021

Goulston & Storrs P.C.
Trevor R. Hoffmann
730 Third Avenue, 12th Floor
New York, NY 10017

Huebscher & CO.
Eric Michael Huebscher
301 East 87th Street, 20E
New York, NY 10128

Kelley Drye & Warren LLP
Robert L. LeHane and Jennifer D. Raviele
3 World Trade Center, 175 Greenwich
Street
New York, NY 10007

Kucker Marino Winiarsky & Bittnes, LLP
Edmond P. O'Brien, Esq.
747 Third Avenue, 17th Floor
New York, NY 10017

Moritt Hock & Hamroff LLP
Theresa A. Driscoll
400 Garden City Plaza
Garden City, NY 11530

NYS Dept. of Tax & Finance
Attn: Jeffrey Cymbler
15 Metrotech Center
Brooklyn, NY 11201

Patterson Belknap Webb & Tyler LLP
Daniel A. Lowenthal and Kimberly A. Black
1133 Avenue of the Americas
New York, NY 10036

Southern District of New York
Bankruptcy Court
1 Bowling Green
New York, NY 10004

Simon Property Group, Inc.
Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

AMEREAM LLC c/o
AMEREAM Management LLC
One Meadowlands Plaza, 3rd Floor
East Rutherford, NJ 07073